IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  14-cv-03262-RPM

ASHLEY PROVINO,

      Plaintiff,

v.

MUSTER, INC., d/b/a BIG LEAGUE HAIRCUTS and
KYLE REED, individually and as Owner/President of Muster, Inc.,

      Defendant.
_____

ORDER GRANTING MOTION FOR LEAVE TO FILE AMENDED ANSWER
_____

      Upon review of Defendants' motion for leave to file an amended answer to Plaintiff's complaint [Doc. 15], it is

      ORDERED that the motion is granted and the amended answer attached thereto is accepted for filing.

      Dated:   March 31st, 2015

                      BY THE COURT:

                      s/Richard P. Matsch

                      _____
                      Richard P. Matsch, Senior District Judge