IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No. 14-cv-03262-RPM**

ASHLEY PROVINO,

Plaintiff,

v.

MUSTER, INC., d/b/a BIG LEAGUE HAIRCUTS, a Colorado Corporation, and
KYLE REED, individually and as Owner/President of Muster, Inc.,

Defendants.

**ORDER REGARDING DEFENDANTS' MOTION FOR LEAVE OF COURT TO FILE A SECOND AMENDED ANSWER TO PLAINTIFF'S COMPLAINT AND JURY DEMAND**

This matter comes before the Court on Defendants' Motion for Leave of Court to File a Second Amended Answer to Plaintiff's Complaint and Jury Demand.

Being fully advised on the premises, the Court hereby GRANTS Defendants' Motion.

The Court grants leave for Defendants to file their Second Amended Answer to Plaintiff's Complaint and Jury Demand in this action pursuant to Fed. R. Civ. P. 15(a)(2). The attached Exhibit A to Defendants' Motion shall effectively become Defendants' Second Amended Answer to Plaintiff's Complaint and Jury Demand.

Dated this 6th day of April, 2015

BY THE COURT:

s/Richard P. Matsch

_____
Honorable Richard P. Matsch