# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Senior District Judge Richard P. Matsch

Date:                  April 7, 2015
Courtroom Deputy:      Emily Buchanan
FTR Technician:        Kathy Terasaki

---

Civil Action No. 14-cv-03262-RPM           Counsel:

ASHLEY PROVINO,                            Paula Greisen
                                           Kimberly Jones
    Plaintiff,                         Rebecca Wallace

v.

MUSTER INC., a Colorado Corporation doing  Michael Santo
business as Big League Haircuts, and       Elisa Chen
KYLE REED, individually and as
Owner/President of Muster, Inc.,

    Defendants.

---

## COURTROOM MINUTES

**FURTHER SCHEDULING CONFERENCE**

**1:55 p.m.      Court in session.**

Discussion regarding Elisa Chen being lead counsel for Defendants, Muster Inc. being a franchisee of a national corporation, Seigga, Inc. named as Muster Inc.'s parent corporation, the number of employees with Muster Inc., a disagreement as to the relevant years, Federal Labor Laws, additional disclosures, storage of Defendant's business records, jurisdiction and federal claims, the Court's recommendation of no email exchanges between counsel, Title VII remedies, individual liability, employee turnover at Big League Haircuts, Plaintiff filing a Charge of Discrimination with the Colorado Civil Rights Commission and the Equal Employment Opportunity Commission, and Plaintiff's employment status.  Counsel agree that mediation condition of Colorado statute is not an issue.

**ORDERED**:   Plaintiff's Unopposed Motion for Leave to File Amended Complaint and Jury Demand to Withdraw the Tenth Claim for Relief (Outrageous Conduct) (Doc. No. 22) is **GRANTED**. The Second Amended Complaint (Doc. No. 22-1) is accepted for filing.  Defendants may file a third amended answer to the complaint.

**ORDERED**:   Counsel shall submit a revised proposed scheduling order (original only) on paper directly to chambers on or before **April 14, 2015**.

**2:23 p.m.**     **Court in recess.**
Hearing concluded.  Total time:        28 min.